| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **District of Nevada** |
| Case number (if known): _____  Chapter __11__ |

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  GOLDBERG, KERSHEN & ALTMANN, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   8 1 – 0 7 7 8 0 8 9

**4. Debtor's address**

Principal place of business:
300 S 4th St    Suite 600
Number    Street
Las Vegas, NV 89101-6017
City    State    ZIP Code

Clark
County

Mailing address, if different from principal place of business:
Number    Street
City    State    ZIP Code

Location of principal assets, if different from principal place of business:
Lake Las Vegas
Number    Street
Las Vegas    NV    89011
City    State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **GOLDBERG, KERSHEN & ALTMANN, LLC**  Case number *(if known)*
Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❏ Railroad (as defined in 11 U.S.C. §101(44))<br>❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❏ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>❏ Tax-exempt entity (as described in 26 U.S.C. §501)<br>❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>❏ Chapter 7<br>❏ Chapter 9<br>☑ Chapter 11. *Check **all** that apply:*<br>   ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ❏ A plan is being filed with this petition.<br>   ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>❏ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>❏ Yes. District _____ When __ /__ /____ Case number _____<br>                                              MM / DD / YYYY<br>       District _____ When __ /__ /____ Case number _____<br>                                              MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>❏ Yes. Debtor _____ Relationship _____<br>       District _____ When __ /__ /____<br>                                              MM / DD / YYYY<br>       Case number, if known _____ |

Debtor  **GOLDBERG, KERSHEN & ALTMANN, LLC**　　　　　　　　　　　　　Case number *(if known)*　　　　　　
　　　　　Name

| 11. Why is the case filed in *this district*? | Check all that apply:<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|
| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>　　What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>　　　Number　　Street<br>　　_____<br>　　City　　　　　　　　　State　ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.　Insurance agency _____<br>　　　　　Contact name _____<br>　　　　　Phone _____ |

### Statistical and administrative information

| 13. Debtor's estimation of available funds? | Check one:<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|
| 14. Estimated number of creditors | ☑ 1-49　☐ 50-99　☐ 1,000-5,000　☐ 5,001-10,000　☐ 25,001-50,000　☐ 50,000-100,000<br>☐ 100-199　☐ 200-999　☐ 10,001-25,000　　　　　　　　　　☐ More than 100,000 |
| 15. Estimated assets | ☐ $0-$50,000　　　　　　　☑ $1,000,001-$10 million　　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　　　 ☐ $10,000,001-$50 million　 ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　　　 ☐ $50,000,001-$100 million　☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　　　 ☐ $100,000,001-$500 million ☐ More than $50 billion |

Debtor   **GOLDBERG, KERSHEN & ALTMANN, LLC**                      Case number *(if known)*
         Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/13/2024**
              MM/ DD/ YYYY

X  **/s/ ANDREW B. BELICHESKY**                          **ANDREW B. BELICHESKY**
Signature of authorized representative of debtor          Printed name

Title   **MEMBER-MANAGER**

**18. Signature of attorney**

X   **/s/ David A. Riggi**                               Date  **06/13/2024**
Signature of attorney for debtor                              MM/ DD/ YYYY

**David A. Riggi**
Printed name

**Riggi Law Firm**
Firm name

**7900 W Sahara Ave Suite 100**
Number    Street

**Las Vegas**                           **NV**         **89117**
City                                    State         ZIP Code

_____                 **riggilaw@gmail.com**
Contact phone                           Email address

_____                 **NV**
Bar number                              State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **4**

## RESOLUTION AND DECLARATION OF
## GOLDBERG, KERSHEN & ALTMANN, LLC

The undersigned, the member/s of **GOLDBERG, KERSHEN & ALTMANN, LLC** (the "Company"), hereby approves and adopts the following resolutions effective no later than as of June 13, 2024:

**RESOLVED** that in the judgment of the Company, and upon the advice of insolvency counsel, it is desirable and in the best interests of the Company and its creditors and other interested parties that a voluntary petition for relief be filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby, and the Company shall initiate a bankruptcy case and proceedings.

**RESOLVED** that Andrew B. Belichesky (the "Authorized Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules, statements, and any amendments thereto under chapter 11, subchapter V, of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

**RESOLVED** that the Authorized Person shall be Company be designated as the responsible person in the chapter 11 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts necessary on behalf of the Company in connection with such bankruptcy case, but consistent with the provisions of the Bankruptcy Code.

**RESOLVED** that the RIGGI LAW FIRM is engaged and shall continue its engagement as attorneys for the Company in the chapter 11 case of the Company, and its legal representation agreement is approved.

**RESOLVED** that the Responsible Person is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all papers, and to take and perform any and all further acts and deeds which he or she deems necessary and proper to commence the chapter 11 case.

**RESOLVED** that any and all past actions Company heretofore taken by the Responsible Person of the the name and on behalf of the Company in furtherance of any or all of the preceding resolutions with respect to the preparation and commencement of the chapter 11 case be, and the same hereby are, ratified, confirmed, and approved; and it further

**DECLARED** that being made aware that certain documents, specifically the most recent tax return and most recent financial statement, are to be filed with the bankruptcy petition - the Company, is intending to submit such documents of the type and in a manner consistent with the appropriate requirements.

**IN WITNESS WHEREOF**, the undersigned, on behalf of the Company and by execution hereof, hereby approves this Resolution as of the date first above written and all statements herein are, and should be considered, declared under penalty of perjury that such statements are true and correct to the best recollection of the undersigned.

Resolved, Declared and Approved by GOLDBERG, KERSHEN & ALTMANN, LLC

DATED: June 13, 2024

By: _/s/ Andrew B. Belichesky_
Andrew B. Belichesky
as member-manager

# Goldberg, Kershen & Altmann
## PROFIT AND LOSS
January - December 2019

| | JAN 2019 | FEB 2019 | MAR 2019 | APR 2019 | MAY 2019 | JUN 2019 | JUL 2019 | AUG 2019 | SEP 2019 | OCT 2019 | NOV 2019 | DEC 2019 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Sales | | | | | | | | | | | | | $0.00 |
| Property Income | 100,836.06 | 17,350.00 | 131,959.58 | 9,531.05 | | 25,000.00 | 25,826.99 | 11,000.00 | | 240.00 | | | $321,743.68 |
| **Total Sales** | **100,836.06** | **17,350.00** | **131,959.58** | **9,531.05** | | **25,000.00** | **25,826.99** | **11,000.00** | | **240.00** | | | **$321,743.68** |
| **Total Income** | **$100,836.06** | **$17,350.00** | **$131,959.58** | **$9,531.05** | **$0.00** | **$25,000.00** | **$25,826.99** | **$11,000.00** | **$0.00** | **$240.00** | **$0.00** | **$0.00** | **$321,743.68** |
| **Cost of Goods Sold** | | | | | | | | | | | | | |
| Commission | 1,000.00 | | | | | | | 350.00 | | 872.69 | | 120.00 | $2,342.69 |
| Cost of Goods Sold | | | | | | | | | | | | | $0.00 |
| HOA Fees | | | 90.00 | | 5.00 | | | 282.00 | 110.00 | 110.00 | 110.00 | 110.00 | $817.00 |
| Legal Fees | 130.04 | 533.21 | 4,300.00 | 126.95 | | | | 1,045.50 | 5,360.00 | 5,000.00 | 3,450.00 | 2,000.00 | $21,945.70 |
| Property Cost | | | | 336.12 | 155.10 | 155.10 | 271.43 | 155.10 | 289.52 | 946.11 | 185.10 | 155.10 | $2,648.68 |
| Property Taxes | 10,797.64 | | 11,674.06 | 50.00 | | 28.00 | | | 53.00 | 8,223.11 | 5,097.11 | | $35,922.92 |
| Real Estate Purchases | | | | | | | | | 11,250.00 | | | | $11,250.00 |
| Repairs & Maintenance | 98.86 | | 1,306.00 | 923.58 | 852.00 | | | | 227.87 | | -90.44 | 64.28 | $3,382.15 |
| Subcontractors | 5,775.00 | 4,912.81 | 1,409.00 | 2,083.43 | 5,860.00 | 7,330.00 | 905.00 | 5,912.00 | 6,815.00 | 7,185.00 | 2,000.00 | | $50,187.24 |
| Gas & Travel Cards | | | | | | | | | | | 120.34 | | $120.34 |
| Subcontractor Appearance UpKeep | | | | | | | | | 40.00 | | | | $40.00 |
| **Total Subcontractors** | **5,775.00** | **4,912.81** | **1,409.00** | **2,083.43** | **5,860.00** | **7,330.00** | **905.00** | **5,952.00** | **6,815.00** | **7,185.00** | **2,120.34** | | **$50,347.58** |
| Supplies & Materials - COGS | 2,479.57 | 1,691.06 | 417.87 | 960.53 | 517.11 | 61.85 | | 625.87 | 1,439.41 | 562.82 | 4,596.99 | 20.25 | $13,373.33 |
| **Total Property Cost** | **19,151.07** | **6,603.87** | **14,806.93** | **4,353.66** | **7,384.21** | **7,574.95** | **1,176.43** | **17,982.97** | **8,824.80** | **16,917.04** | **11,909.10** | **239.63** | **$116,924.66** |
| **Total Cost of Goods Sold** | **19,281.11** | **7,137.08** | **19,196.93** | **4,480.61** | **7,389.21** | **7,574.95** | **1,176.43** | **19,310.47** | **14,294.80** | **22,027.04** | **15,469.10** | **2,349.63** | **$139,687.36** |
| **Total Cost of Goods Sold** | **$20,281.11** | **$7,137.08** | **$19,196.93** | **$4,480.61** | **$7,389.21** | **$7,574.95** | **$1,526.43** | **$19,310.47** | **$15,167.49** | **$22,027.04** | **$15,469.10** | **$2,469.63** | **$142,030.05** |
| **GROSS PROFIT** | **$80,554.95** | **$10,212.92** | **$112,762.65** | **$5,050.44** | **$ -7,389.21** | **$17,425.05** | **$24,300.56** | **$ -8,310.47** | **$ -15,167.49** | **$ -21,787.04** | **$ -15,469.10** | **$ -2,469.63** | **$179,713.63** |
| **Expenses** | | | | | | | | | | | | | |
| Advertising & Marketing | 30.34 | | 18.17 | 195.99 | 1,709.93 | | | -1,259.00 | | | | | $695.43 |
| Ask Client Expense | | 150.00 | | | | | | 11,000.00 | 7,968.90 | 10,015.00 | 14,331.68 | 200.00 | $43,665.58 |
| Auto Expense | | | | | | | | | | 10.00 | 42.41 | 124.68 | 9.72 | $186.81 |
| Auto Repair & Maintenance | 0.00 | | | 1,675.08 | 1.75 | | | | | 889.12 | | | $2,565.95 |
| Fuel/Gas Expense | 510.12 | 524.10 | 151.70 | 558.26 | 112.18 | 198.80 | 89.50 | 82.32 | 246.12 | 666.71 | 1,002.58 | 270.47 | $4,412.86 |
| **Total Auto Expense** | **510.12** | **524.10** | **151.70** | **2,233.34** | **113.93** | **198.80** | **89.50** | **82.32** | **256.12** | **1,598.24** | **1,127.26** | **280.19** | **$7,165.62** |
| Bank Charges & Fees | 98.00 | 30.00 | 163.35 | 336.00 | 166.00 | 30.00 | 367.00 | 20.01 | 1,388.95 | 40.00 | | 27.00 | $2,666.31 |
| Business Coaching | | | 280.00 | 505.00 | | | | | | | | | $785.00 |
| Client Gifts | | | 234.37 | | | | | | 15.70 | | 38.81 | | $288.88 |
| Company Healthcare | | | | 116.00 | | | | | | | 37.00 | | $153.00 |
| Dues & subscriptions | 64.05 | 64.42 | 64.42 | 28.77 | 17.37 | 2.16 | 1.08 | 1.08 | 1.08 | 1.08 | | | $245.51 |
| Insurance | 479.15 | 479.15 | 987.15 | 705.07 | 605.07 | -1,571.48 | 1,300.60 | | 549.25 | 628.17 | 681.54 | 681.54 | $5,525.21 |
| Interest Paid | 17.91 | | | | | 1,587.96 | 1,564.86 | 86.29 | 40.78 | 54.18 | 60.27 | 73.63 | $3,485.88 |
| Job Supplies | | | | | | | | | | -55.20 | -976.51 | | $ -1,031.71 |
| Legal & Professional Services | 100.00 | 150.00 | 150.00 | 1,643.75 | -1,219.00 | -280.35 | -1,090.75 | 3,220.90 | -381.93 | -344.50 | 4,458.25 | -3,882.00 | $2,524.37 |
| Meals & Entertainment | 999.04 | 1,726.62 | 839.02 | 1,797.48 | 837.08 | 61.92 | 325.58 | 503.81 | 2,614.62 | 2,015.36 | 2,478.15 | 1,396.86 | $15,595.54 |
| Office Supplies | 36.60 | 973.52 | 800.65 | 428.14 | 47.04 | 148.67 | 232.68 | 1,027.70 | 2,248.45 | 361.86 | 1,056.16 | 245.54 | $7,607.01 |
| Other Business Expenses | | | | | 649.50 | | | | | 900.00 | 1.08 | 1.08 | $1,551.66 |
| Rent & Lease | | | | | | | | 1,219.47 | | | | | $1,219.47 |
| Repairs & Maintenance | 50.00 | | | | | | | | | 100.00 | 316.53 | 45.94 | $512.47 |
| Shipping, Freight & Delivery | 15.65 | | 7.35 | 55.24 | | 46.35 | 27.35 | 4.47 | 529.42 | 111.65 | 221.28 | 149.96 | $1,168.72 |
| Software | 165.62 | 168.52 | 351.72 | 156.37 | 155.11 | 79.00 | 271.00 | 263.59 | 348.29 | 1,672.07 | 1,697.73 | 878.83 | $6,207.85 |
| Taxes & Licenses | | | | | | | | | | | 50.00 | | $50.00 |
| Travel | 338.24 | 1,176.80 | 300.26 | 588.97 | 1,045.49 | 251.95 | 251.95 | 580.23 | 479.12 | 546.30 | 305.51 | 242.84 | $6,107.66 |
| Utilities | 909.19 | 707.09 | 826.92 | 251.56 | 299.39 | 454.18 | 632.22 | 495.32 | 879.69 | 560.52 | 851.15 | 744.25 | $7,611.48 |
| **Total Expenses** | **$3,813.91** | **$6,150.22** | **$5,175.08** | **$9,041.68** | **$4,426.91** | **$1,009.16** | **$5,192.54** | **$16,042.42** | **$17,922.74** | **$17,571.26** | **$26,415.30** | **$1,039.72** | **$113,800.94** |
| **NET OPERATING INCOME** | **$76,741.04** | **$4,062.70** | **$107,587.57** | **$ -3,991.24** | **$ -11,816.12** | **$16,415.89** | **$19,108.02** | **$ -24,352.89** | **$ -33,090.23** | **$ -39,358.30** | **$ -41,884.40** | **$ -3,509.35** | **$65,912.69** |
| **Other Income** | | | | | | | | | | | | | |
| Interest Earned | | | | | | | | 0.04 | 0.08 | 0.07 | 0.07 | 0.05 | $0.31 |
| **Total Other Income** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.04** | **$0.08** | **$0.07** | **$0.07** | **$0.05** | **$0.31** |
| **NET OTHER INCOME** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.04** | **$0.08** | **$0.07** | **$0.07** | **$0.05** | **$0.31** |
| **NET INCOME** | **$76,741.04** | **$4,062.70** | **$107,587.57** | **$ -3,991.24** | **$ -11,816.12** | **$16,415.89** | **$19,108.02** | **$ -24,352.85** | **$ -33,090.15** | **$ -39,358.23** | **$ -41,884.33** | **$ -3,509.30** | **$65,913.00** |

| Form **1040** | Department of the Treasury — Internal Revenue Service (99) **U.S. Individual Income Tax Return** | **2019** | OMB No. 1545-0074 | IRS Use Only — Do not write or staple in this space. |
|---|---|---|---|---|

**Filing Status** — Check only one box.
[ ] Single  [X] Married filing jointly  [ ] Married filing separately (MFS)  [ ] Head of household (HOH)  [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

Your first name and middle initial: ANDREW B.
Last name: BELICHESKY

Your social security number: [redacted]

If joint return, spouse's first name and middle initial: [redacted]
Spouse's social security number: [redacted]

Home address (number and street): [redacted]

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  [ ] You  [ ] Spouse

**Standard Deduction** — Someone can claim: [ ] You as a dependent  [ ] Your spouse as a dependent  [ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You: [ ] Were born before January 2, 1955  [ ] Are blind    Spouse: [ ] Was born before January 2, 1955  [ ] Is blind

**Dependents** (see instructions): [redacted]

| | | | |
|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 1 | 123,869. |
| 2a | Tax-exempt interest    2a | b Taxable int. Att. Sch. B if reqd.   2b | 175. |
| 3a | Qualified dividends    3a | b Ordinary div. Att. Sch. B if reqd.   3b | |
| 4a | IRA distributions    4a | b Taxable amount    4b | |
| c | Pensions and annuities    4c | d Taxable amount    4d | |
| 5a | Social security benefits    5a | b Taxable amount    5b | |
| 6 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 6 | |
| 7a | Other income from Schedule 1, line 9 | 7a | -12,011. |
| b | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** ▶ | 7b | 112,033. |
| 8a | Adjustments to income from Schedule 1, line 22 | 8a | |
| b | Subtract line 8a from line 7b. This is your **adjusted gross income** ▶ | 8b | 112,033. |
| 9 | Standard deduction or itemized deductions (from Schedule A)    9    24,400. | | |
| 10 | Qualified business income deduction. Attach Form 8995 or Form 8995-A    10 | | |
| 11a | Add lines 9 and 10 | 11a | 24,400. |
| b | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- | 11b | 87,633. |

Standard Deduction for —
• Single or Married filing separately, $12,200
• Married filing jointly or Qualifying widow(er), $24,400
• Head of household, $18,350
• If you checked any box under *Standard Deduction*, see instructions.

BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form **1040** (2019)

FDIA0112L  10/07/19

Form 1040 (2019) ANDREW B. BELICHESKY Page **2**

| | | | |
|---|---|---|---|
| **12a** | **Tax** (see inst.) Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | **12a** 10,995. | |
| **b** | Add Schedule 2, line 3, and line 12a and enter the total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **12b** | 10,995. |
| **13a** | Child tax credit or credit for other dependents . . . . . . . . . . . . . . . . | **13a** 4,000. | |
| **b** | Add Schedule 3, line 7, and line 13a and enter the total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **13b** | 4,000. |
| **14** | Subtract line 13b from line 12b. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | 6,995. |
| **15** | Other taxes, including self-employment tax, from Schedule 2, line 10 . . . . . . . . . . . . . . . . . . | **15** | |
| **16** | Add lines 14 and 15. This is your **total tax** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **16** | 6,995. |
| **17** | Federal income tax withheld from Forms W-2 and 1099 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | 17,943. |

- If you have a qualifying child, attach Sch. EIC.
- If you have nontaxable combat pay, see instructions.

| | | | |
|---|---|---|---|
| **18** | Other payments and refundable credits: | | |
| **a** | Earned income credit (EIC) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18a** | |
| **b** | Additional child tax credit. Attach Schedule 8812 . . . . . . . . . . . . . . | **18b** | |
| **c** | American opportunity credit from Form 8863, line 8 . . . . . . . . . . . . | **18c** | |
| **d** | Schedule 3, line 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18d** | |
| **e** | Add lines 18a through 18d. These are your **total other payments and refundable credits** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **18e** | |
| **19** | Add lines 17 and 18e. These are your **total payments** . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **19** | 17,943. |

**Refund**

Direct deposit? See instructions.

| | | | |
|---|---|---|---|
| **20** | If line 19 is more than line 16, subtract line 16 from line 19. This is the amount you **overpaid** . . . . . . . . . . | **20** | 10,948. |
| **21a** | Amount of line 20 you want **refunded to you.** If Form 8888 is attached, check here . ▶ ☐ | **21a** | 10,948. |
| ▶ **b** | Routing number . . . . . . . . ▶ **c** Type: ☒ Checking ☐ Savings | | |
| ▶ **d** | Account number . . . . . . . . | | |
| **22** | Amount of line 20 you want **applied to your 2020 estimated tax** . . . . . . . ▶ | **22** | |

**Amount You Owe**

| | | | |
|---|---|---|---|
| **23** | **Amount you owe.** Subtract line 19 from line 16. For details on how to pay, see instructions . . . . . . . . . . . . . . . . . ▶ | **23** | |
| **24** | Estimated tax penalty (see instructions) . . . . . . . . . . . . . . . . . . . . | **24** | |

**Third Party Designee**

(Other than paid preparer)

Do you want to allow another person (other than your paid preparer) to discuss this return with the IRS ? See instructions. ☐ **Yes.** Complete below.   ☒ **No**

Designee's name ▶    Phone no. ▶    Personal identification number (PIN) ▶

**Sign Here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation INVESTOR | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation ADMINISTRATOR | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| Phone no. | | Email address | |

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: ☒ 3rd Party Designee ☐ Self-employed |
|---|---|---|---|---|
| Firm's name ▶ | | | Phone no. ( ) | |
| Firm's address ▶ | | | Firm's EIN ▶ | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.    Form **1040** (2019)

| SCHEDULE 1 (Form 1040 or 1040-SR) | **Additional Income and Adjustments to Income** | OMB No. 1545-0074 **2019** |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 1040 or 1040-SR. ▶ Go to *www.irs.gov/Form1040* for instructions and the latest information. | Attachment Sequence No. **01** |

| Name(s) shown on Form 1040 or 1040-SR | Your social security number |
|---|---|
| ANDREW B. AND ▓▓▓▓ BELICHESKY | ▓▓▓▓▓▓▓▓▓ |

At any time during 2019, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency?............................................................................................................ ☐ Yes  ☒ No

### Part I — Additional Income

| | | | |
|---|---|---|---:|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes........................ | 1 | |
| 2a | Alimony received.............................................. | 2a | |
| b | Date of original divorce or separation agreement (see instructions) ▶ _____ | | |
| 3 | Business income or (loss). Attach Schedule C................................. | 3 | -12,011. |
| 4 | Other gains or (losses). Attach Form 4797................................... | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E...... | 5 | |
| 6 | Farm income or (loss). Attach Schedule F................................... | 6 | |
| 7 | Unemployment compensation............................................ | 7 | |
| 8 | Other income. List type and amount ▶ _____ | 8 | |
| 9 | Combine lines 1 through 8. Enter here and on Form 1040 or 1040-SR, line 7a............ | 9 | -12,011. |

### Part II — Adjustments to Income

| | | | |
|---|---|---|---:|
| 10 | Educator expenses................................................... | 10 | |
| 11 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106................................................. | 11 | |
| 12 | Health savings account deduction. Attach Form 8889........................... | 12 | |
| 13 | Moving expenses for members of the Armed Forces. Attach Form 3903.............. | 13 | |
| 14 | Deductible part of self-employment tax. Attach Schedule SE...................... | 14 | |
| 15 | Self-employed SEP, SIMPLE, and qualified plans.............................. | 15 | |
| 16 | Self-employed health insurance deduction................................... | 16 | |
| 17 | Penalty on early withdrawal of savings..................................... | 17 | |
| 18a | Alimony paid....................................................... | 18a | |
| b | Recipient's SSN................................................ ▶ _____ | | |
| c | Date of original divorce or separation agreement (see instructions) ▶ _____ | | |
| 19 | IRA deduction....................................................... | 19 | |
| 20 | Student loan interest deduction........................................... | 20 | |
| 21 | Tuition and fees. Attach Form 8917........................................ | 21 | |
| 22 | Add lines 10 through 21. These are your **adjustments to income.** Enter here and on Form 1040 or 1040-SR, line 8a................................................ | 22 | 0. |

BAA  For Paperwork Reduction Act Notice, see your tax return instructions.          Schedule 1 (Form 1040 or 1040-SR) 2019

FDIA0103L   12/26/19

# SCHEDULE C
(Form 1040 or 1040-SR)

Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)

▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information.
▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2019**

Attachment Sequence No. **09**

Name of proprietor: **ANDREW B. BELICHESKY**

Social security number (SSN): [redacted]

**A** Principal business or profession, including product or service (see instructions): REAL ESTATE
**B** Enter code from instructions: ▶ 531390
**C** Business name. If no separate business name, leave blank.: Goldberg, Kershen & Altmann
**D** Employer ID number (EIN) (see instr.): 81-0778089
**E** Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code
**F** Accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶
**G** Did you "materially participate" in the operation of this business during 2019? If "No," see instructions for limit on losses. ☒ Yes ☐ No
**H** If you started or acquired this business during 2019, check here ▶ ☐
**I** Did you make any payments in 2019 that would require you to file Form(s) 1099? (see instructions) ☐ Yes ☒ No
**J** If "Yes," did you or will you file required Forms 1099? ☐ Yes ☐ No

## Part I  Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ▶ ☐ | 1 | 321,744. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 321,744. |
| 4 | Cost of goods sold (from line 42) | 4 | 80,147. |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 241,597. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 241,597. |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---:|---|---|---|---:|
| 8 | Advertising | 695. | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 14,720. | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 2,343. | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 57,237. | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | | b | Other business property | 20b | 1,219. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | | 21 | Repairs and maintenance | 21 | 3,894. |
| | | | 22 | Supplies (not included in Part III) | 22 | 7,760. |
| | | | 23 | Taxes and licenses | 23 | 50. |
| | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) | | a | Travel | 24a | 6,108. |
| 15 | Insurance (other than health) | 5,525. | b | Deductible meals (see instructions) | 24b | 7,798. |
| 16 | Interest (see instr.): | | 25 | Utilities | 25 | 7,611. |
| a | Mortgage (paid to banks, etc.) | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 3,486. | 27a | Other expenses (from line 48) | 27a | 12,180. |
| 17 | Legal and professional services | 24,470. | b | Reserved for future use | 27b | |

| | | | |
|---|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a ▶ | 28 | 155,096. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | 86,501. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). **Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Schedule 1 (Form 1040 or 1040-SR), line 3** (or **Form 1040-NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** | 31 | 86,501. |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). | | |
| | • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040 or 1040-SR), line 3** (or **Form 1040-NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** | 32a ☐ | All investment is at risk. |
| | • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32b ☐ | Some investment is not at risk. |

BAA   For Paperwork Reduction Act Notice, see the separate instructions.   FDIZ0112L  09/18/19   Schedule C (Form 1040 or 1040-SR) 2019

Schedule C (Form 1040 or 1040-SR) 2019    ANDREW B. BELICHESKY    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    Page **2**

### Part III  Cost of Goods Sold (see instructions)

| | | |
|---|---|---:|
| 33 | Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation) | |
| 34 | Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation. | ☐ Yes   ☐ No |
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | |
| 36 | Purchases less cost of items withdrawn for personal use | 23,914. |
| 37 | Cost of labor. Do not include any amounts paid to yourself | |
| 38 | Materials and supplies | 56,233. |
| 39 | Other costs | |
| 40 | Add lines 35 through 39 | 80,147. |
| 41 | Inventory at end of year | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | 80,147. |

### Part IV  Information on Your Vehicle.
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ 1/01/17

44  Of the total number of miles you drove your vehicle during 2019, enter the number of miles you used your vehicle for:

   a Business  25,380      b Commuting (see instructions) _____       c Other  2,820

45  Was your vehicle available for personal use during off-duty hours?.................................. ☒ Yes  ☐ No

46  Do you (or your spouse) have another vehicle available for personal use?.......................... ☐ Yes  ☒ No

47a Do you have evidence to support your deduction?..................................................... ☒ Yes  ☐ No

   b If "Yes," is the evidence written?..................................................................... ☒ Yes  ☐ No

### Part V  Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---:|
| Bank Charges | 2,666. |
| BUSINESS GIFTS | 289. |
| CONTINUING EDUCATION | 785. |
| Delivery and Freight | 1,169. |
| Dues and Subscriptions | 1,063. |
| SOFTWARE | 6,208. |
| | |
| | |
| 48  **Total other expenses.** Enter here and on line 27a | 12,180. |

Schedule C (Form 1040 or 1040-SR) 2019

FDIZ0112L  09/18/19